**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-2201**

───────────

VERONICA DEL CARMEN LOPEZ-URBINA; M.U.L.,

       Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

       Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted:  August 18, 2023                    Decided:  October 12, 2023

───────────

Before AGEE and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

**ON BRIEF:** Leonel Vasquez, Hyattsville, Maryland, for Petitioners.  Brian M. Boynton, Acting Assistant Attorney General, Sarah A. Bryd, Senior Litigation Counsel, James A. Hurley, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica Del Carmen Lopez-Urbina and her minor child, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) dismissing Lopez-Urbina's appeal from the Immigration Judge's denial of her applications for asylum and withholding of removal. We have thoroughly reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Lopez-Urbina* (B.I.A. Nov. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2